# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 39693

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 725 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: November 20, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| JAMES WALKER TAYLOR, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County. Hon. John P. Luster, District Judge.

Judgment of conviction and concurrent sentences of a unified term of seven years, with two years determinate, and a unified term of five years, with two years determinate, for grand theft by possession of stolen property and possession of a controlled substance, __affirmed__.

Sara B. Thomas, State Appellate Public Defender; Jordan E. Taylor, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

James Walker Taylor pled guilty to grand theft by possession of stolen property, Idaho Code §§ 18-2403(4), 18-2407(1)(b), and possession of a controlled substance, Idaho Code § 37-2732(c)(1). The district court sentenced Taylor to concurrent sentences of a unified term of seven years, with two years determinate, for the grand theft by possession of stolen property conviction and five years, with two years determinate, for the possession of a controlled substance conviction. Taylor filed an Idaho Criminal Rule 35 motion for reduction of his sentences, which the district court denied. Taylor now appeals, contending his sentences are excessive.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Taylor's judgment of conviction and sentences are affirmed.